**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tanita Produce Company Incorporated, et al.,<br><br>   Plaintiffs,<br><br>vs.<br><br>Bella Fresh Phoenix LLC, et al.,<br><br>   Defendants. | No.  CV-20-00295-PHX-SPL<br><br>**ORDER** |

Pending before the Court is the parties' Joint Motion Dismissing Case Without Prejudice, Subject to Reopening, Permitting Discovery after Dismissal, and Tolling the Statute of Limitations (Doc. 20).  Although the parties' motion is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which does not require a Court order, the motion includes various conditions and a proposed order for the Court to sign.  The Court will thus treat the motion as one made under Federal Rule of Civil Procedure 41(a)(2).  Having considered the Joint Motion,

**IT IS ORDERED** that the Joint Motion Dismissing Case Without Prejudice, Subject to Reopening, Permitting Discovery after Dismissal, and Tolling the Statute of Limitations (Doc. 20) is **granted**.

**IT IS FURTHER ORDERED** that the claims against Defendant Lawrence Ruggiero are **dismissed without prejudice**, and each party shall bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that Plaintiffs are permitted to file a Motion to

Reopen within **thirty (30) days** of the final adjudication of the claims in *Veggifruit, Inc. v. Bella Fresh Houston, LLC, et al.*, Case No. 4:20-CV-189, currently pending in the United States District Court for the Southern District of Texas.

**IT IS FURTHER ORDERED** that after this order, Defendant Lawrence Ruggiero shall answer up to ten (10) interrogatories and ten (10) requests for production of documents, as well as appear for a requested video or telephonic deposition, according to the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that, pursuant to the parties' agreement, the statute of limitations for Plaintiff's claims against Defendant Lawrence Ruggiero, as asserted within this lawsuit, are tolled for **four (4) years** from the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this case.

Dated this 22nd day of May, 2020.

Honorable Steven P. Logan
United States District Judge